Wesley J. ORLOB; Carol J. Orlob, individuals, residing in Michigan, Plaintiffs—Appellants,

v.

Drake CALLAHAN, an individual residing in Washington; Columbia Athletic Clubs/Pine Lake Club, a Washington corporation, Defendants—Appellees.

No. 00–35335.
D.C. No. CV–99–00989–JCC.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2001.*

Decided Oct. 23, 2001.

Before KLEINFELD and GOULD, Circuit Judges, and ROLL,** District Judge.

MEMORANDUM ***

We affirm for the reasons stated by the district court. Under applicable law of the State of Washington, the risk of a severe eye injury is an inherent risk of playing a pick-up basketball game.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable John M. Roll, United States District Judge for the District of Arizona, sitting by designation.

*** This disposition is inappropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

